**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| TRAVIS JAMES WHITTLE,<br><br>                              Plaintiff,<br><br>   v.<br><br>CAESARS ENTERTAINMENT dba<br>HARRAH'S HOTEL & CASINO LAKE<br>TAHOE,<br><br>                              Defendant. | 3:25-cv-00747-CSD<br><br>**ORDER**<br><br>Re: ECF No. 9 |

Before the court is Plaintiff's Motion for Extension of Time to Serve Defendant. (ECF No. 9.)

Good cause appearing, Plaintiff's Motion for Extension of Time to Serve Defendant (ECF No. 9) is **GRANTED** to the extent that Plaintiff shall have to and including **Friday, June 19, 2026**, in which to serve the Defendant.

**IT IS SO ORDERED.**

DATED: April 16, 2026.

_____
Craig S. Denney
United States Magistrate Judge

1