UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| TRAVIS JAMES WHITTLE, | Case No. 3:25-cv-00747- ART-CSD |
| Plaintiff, | ORDER |
| v. | |
| CAESARS ENTERTAINMENT, | |
| Defendant. | |

The Complaint in this action was filed on December 18, 2025 (ECF No. 1). The Court issued a notice of intent to dismiss Caesars Entertainment under Fed. R. Civ. P. 4(m) unless proof of service is filed by April 17, 2026. (ECF No. 8). The Court extended the proof of service deadline to June 19, 2026 (ECF No. 10).  To date, no such proof of service has been filed.

Accordingly, it is ordered that the claims against Caesars Entertainment are dismissed without prejudice.

It is further ordered that the Clerk of Court close this case.

DATED THIS 26th day of June.

_____
Anne R. Traum
United States District Court Judge

1